UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVE PRINCE HOBBS                                                                PLAINTIFF

v.                                              No. 4:11-CV-0417 BRW

UNITED STATES OF AMERICA                                                  DEFENDANT

## ORDER

After consideration of the United States' Motion to File Under Seal Exhibits in support of its Motion for Summary Judgment, the Court grants the Motion (Doc. No. 13) and directs that Exhibits A and B, both of which contain protected health information, be submitted to the Clerk of the Court be filed under seal.

IT IS SO ORDERED this 3rd day of August, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE